UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAKERSFIELD POLICE DEPT., et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-0663-DAD- JLT<br><br>ORDER DIRECTING THE CLERK TO PROVIDE PLAINTIFF A COPY OF THE ORDER DATED MAY 23, 2019 (Doc. 3)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME |

Charles Francis Goods asserts the Bakersfield Police Department and an unidentified police officer are liable for a violation of the First Amendment and a "threat to safety." (Doc. 1) On May 23, 2019, the Court determined Plaintiff failed to clearly identify the cause of action upon which he seeks to proceed or allege facts sufficient for the Court to find he stated a cognizable claim. (Doc. 3) Therefore, Plaintiff's complaint was dismissed with leave to amend, within thirty days of the date of service of the Court's order. (*Id.* at 7)

Because Plaintiff failed to timely file an amended complaint, the Court issued an order to show cause why the action should not be dismissed for his failure to comply with the Court's order and failure to prosecute the action on June 27, 2019. (Doc. 5) On July 12, 2019, Plaintiff responded to the Court's order, indicating that he lost his copies of the documents related to the case. (Doc. 6 at 1) However, Plaintiff also acknowledged that he received a "letter" from the Court—which in fact was an *order*—informing him that he had "only 14 day[s] to show cause." (*Id.*)

1

| | |
|---|---|
| 1 | Based upon the information provided by Plaintiff, the Court will provide a copy of its prior |
| 2 | order dated May 23, 2019 (Doc. 3), which includes the applicable legal standards and identifies the |
| 3 | pleading deficiencies. In addition, Plaintiff will be granted an extension of time to respond to the |
| 4 | order to show cause or file an amended complaint that cures the deficiencies identified by the Court. |
| 5 | Accordingly, the Court ORDERS: |
| 6 | 1. The Clerk of Court is DIRECTED to provide Plaintiff a copy of the order dated May |
| 7 | 23, 2019 (Doc. 3); and |
| 8 | 2. Plaintiff **SHALL** file an amended complaint no later than **August 13, 2019**. |
| 9 | **Plaintiff is advised the order to show cause remains in effect, and failure to file an** |
| 10 | **amended complaint as ordered will result in a recommendation that the action be dismissed for** |
| 11 | **his failure to prosecute and failure to obey the Court's orders**. If Plaintiff timely files an amended |
| 12 | complaint, the order to show cause will be discharged. |

IT IS SO ORDERED.

Dated: **July 28, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE