**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES GOODS, | ) Case No.: 1:19-cv-00663-DAD-JLT |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| v. | ) |
| BAKERSFIELD POLICE DEPT., | ) (Doc. 13) |
| Defendant. | ) |

On September 12, 2019, Plaintiff filed a request for copies of documents in the case he initiated on July 31, 2017 (Doc. 13). The action initiated by Plaintiff on that date was Case No. 1:17-cv-1009-DAD-JLT, which was closed on January 24, 2018.[1] In the past month, Plaintiff filed two requests for copies of documents in that action. (*See* Case No. 1:17-cv-1009-DAD-JLT, Docs. 8, 10) The Court denied Plaintiff's requests, because the matter has been closed for more than eighteen months and the copies were not necessary for the prosecution of the matter. Again, Plaintiff fails to explain why he needs copies of documents from that action, and it does not appear such documents would be relevant for the prosecution of the matter now pending before the Court.

As Plaintiff was previously informed, he may *purchase* a copy of records on the docket for that

---

[1] A court may take judicial notice of its own docket. *See* Fed. R. Evid. 201(b); *United States v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir.1993); *Valerio v. Boise Cascade Corp.*, 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), *aff'd*, 645 F.2d 699 (9th Cir.1981) (judicial notice may be taken of court record). Accordingly, the Court takes judicial notice of the docket in *Goods v. Bakersfield Police Dep't*, Case No. 1:17-cv-1009-DAD-JLT.

1

action at the Clerk's Office at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Room 1501, Fresno, CA 93721, 559-499-5600.

Accordingly, the Court **ORDERS**: Plaintiff's motion for copies of documents in Case No. 1:17-cv-1009-DAD-JLT (Doc. 13) is **DENIED**.

IT IS SO ORDERED.

Dated: **September 17, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE