UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>   Plaintiff,<br><br>   v.<br><br>BAKERSFIELD POLICE DEPARTMENT,<br><br>   Defendant. | No. 1:19-cv-00663-DAD-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION<br><br>(Doc. Nos. 8, 9, 10) |

Plaintiff Charles Francis Goods alleges the Bakersfield Police Department and an unidentified police officer are liable to him for a violation of the First Amendment and a "threat to safety." (Doc. No. 1.) This matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2019, the assigned magistrate judge screened plaintiff's complaint and dismissed it with leave to amend after finding that plaintiff had failed to allege facts sufficient to state a cognizable claim that invokes this court's jurisdiction. (Doc. No. 3.) On June 27, 2019, after plaintiff failed to file a first amended complaint within the thirty-days allotted, the magistrate judge issued an order requiring plaintiff to show cause why this action should not be dismissed due to plaintiff's failure to comply with the court's order and failure to prosecute the action. (Doc. No. 5.) On July 12, 2019, plaintiff filed a response to the order to show cause

1

stating that he lost his copies of the documents related to this action. (Doc. No. 6.) On July 29, 2019, the court directed the Clerk of the Court to provide plaintiff a copy of the order dated May 23, 2019, directed plaintiff to file an amended complaint no later than August 13, 2019, and informed plaintiff that the order to show cause remained in effect. (Doc. No. 7.)

On August 5, 2019, plaintiff filed a "motion to proceed only [on] the claim of corruption" against the Bakersfield Police Department. (Doc. No. 8.) On August 7, 2019, plaintiff filed a "motion to show cause in this case," once again asserting that a law enforcement officer was corrupt and broke the law by frightening plaintiff. (Doc. No. 9.) To date, however, plaintiff has still not filed an amended complaint in this action as required by the court's orders.

Accordingly, on August 20, 2019, the magistrate judge issued findings and recommendations recommending that the action be dismissed without prejudice due to plaintiff's failure to state a cognizable claim that invokes this court's jurisdiction. (Doc. No. 10.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 8.) To date, plaintiff has not filed any objections to those findings and recommendations, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 204, the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendation issued on August 20, 2019 (Doc. No. 10) are adopted in full;
2. Plaintiff's motion to proceed on a claim alleging corruption (Doc. No. 8) is denied;
3. Plaintiff's motion to show cause (Doc. No. 9) is denied;

/////
/////
/////
/////

4. This action is dismissed without prejudice; and

5. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**January 12, 2020**__    _____
UNITED STATES DISTRICT JUDGE